IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TILEASHA WRIGHT,

      Plaintiff,

v.                                                     CV No. 20-273 SMV/CG

CITY OF HOBBS, et al.,

      Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. Plaintiff filed her Complaint on March 26, 2020, alleging violations of her civil rights and bodily injury. (Doc. 1 at 1). The record reflects a Summons was issued to all Defendants on March 30, 2020. However, Defendants have not returned the executed Summons or otherwise responded to Plaintiff's Complaint. No further activity has occurred in this case since the Summons was issued over 90 days ago. Under Local Rule 41.1, "A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-41.1. As such, Plaintiff is instructed to show cause why her case should not be dismissed under Rule 41.1 for failure to prosecute.

**IT IS THEREFORE ORDERED** that, on or before **August 3, 2020**, Plaintiff shall file a written response to the Court's Order, explaining the current status of service on Defendants or otherwise request the appropriate relief.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE