IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TILEASHA WRIGHT,

      Plaintiff,

v.                                                           CV No. 20-273 SMV/CG

CITY OF HOBBS, et al.,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff Tileasha Wright's *Response to Order to Show Cause* (the "Response"), (Doc. 7), filed August 3, 2020. In her Response, Plaintiff explains acceptance of service was delayed "to reduce the costs of the litigation in the hopes of resolution." (Doc. 7 at 1). After conferring in good faith, Defendants have now entered their appearance and accepted service. *Id.* The Court finds the Response is well-taken and the Court's *Order to Show Cause*, (Doc. 4), is hereby **QUASHED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE